UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THOMAS C. MINOR,              )<br>                                            )<br>        Petitioner,         )<br>v.                                       )    No. 1:06-cv-520-RLY-WTL<br>                                            )<br>STANLEY KNIGHT,                )<br>                                            )<br>        Respondent.       )  | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 1/10/07

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Thomas C. Minor, Jr., DOC # 893923
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

James Blaine Martin
INDIANA STATE ATTORNEY GENERAL
james.martin@atg.in.gov